JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Boston__          **Related Case Information:**

**County** __Suffolk__          Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached sheet__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Mario Castro__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address          __(City & State)__ Dorchester, MA

Birth date (Yr only): __1968__  SSN (last4#): __8662__  Sex __M__      Race: __Hispanic__      Nationality: __USA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____          _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__          Bar Number if applicable __CA 155258__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/9/16__          Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Mario Castro _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH



§JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency** _FBI_

**City**   _Allston_          **Related Case Information:**

**County**   _Suffolk_          Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _See attached sheet_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _Jeffrey Carlo_          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   _(City & State)_ _Dorchester, MA_

Birth date (Yr only): _1988_  SSN (last4#): _6351_  Sex _M_  Race: _Hispanic_  Nationality: _USA_

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   _Karen Beausey_          Bar Number if applicable   _CA 155258_

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

   ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _11/9/16_          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Jeffrey Carlo _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**                    **TRACKING WARRANTS**

15-4146-DHH                            15-4193-DHH
15-4184-DHH                            15-4216-DHH
15-4185-DHH                            15-4298-DHH
15-4186-DHH                            15-4428-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __FBI__

**City** __Quincy__      **Related Case Information:**

**County** __Norfolk__      Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached sheet__

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __James Giannetta__      Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address   __(City & State)__ __Quincy, MA__

Birth date (Yr only): __1955__ SSN (last4#): __1723__ Sex __M__   Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:** __Vikas Dhar__      Address __1 Constitution Center__

**Bar Number** _____      Suite 300

     Charlestown, MA 02129

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__      Bar Number if applicable __CA 155258__

**Interpreter:**   ☐ Yes ☑ No      List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes ☐ No

   ☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _____      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    James Giannetta

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 8 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 4 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**                    **TRACKING WARRANTS**

15-4146-DHH                            15-4193-DHH
15-4184-DHH                            15-4216-DHH
15-4185-DHH                            15-4298-DHH
15-4186-DHH                            15-4428-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.**  __II__           **Investigating Agency**  __FBI__

**City**   __Allston__                    **Related Case Information:**

**County**   __Suffolk__               Superseding Ind./ Inf. _____  Case No. _____
                                       Same Defendant _____  New Defendant _____
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number   __See attached sheet__
                                       R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __Jesse Gillis__                    Juvenile:   ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address      __(City & State)  San Diego, CA__

Birth date (Yr only): __1985__  SSN (last4#): __2303__  Sex __M__   Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:**   _____        Address   _____

**Bar Number**   _____                    _____

**U.S. Attorney Information:**

**AUSA**   __Karen Beausey__                    Bar Number if applicable   __CA 155258__

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect:   _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __11/9/16__              Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Jesse Gillis _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2  18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 3  21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4  18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## <u>JS-45 ATTACHMENTS</u>

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          **Investigating Agency** __FBI__

City    __Boston__                          **Related Case Information:**

County    __Suffolk__                    Superseding Ind./ Inf. _____ Case No. _____
                                         Same Defendant _____ New Defendant _____
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number __See attached sheet__
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    __Jorge Grandon__                    Juvenile:    ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name    _____

Address    __(City & State)__ Boston, MA _____

Birth date (Yr only): __1969__  SSN (last4#): __6267__  Sex __M__    Race: __Hispanic__    Nationality: __USA__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA**    __Karen Beausey__              Bar Number if applicable    __CA 155258__

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

    ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/9/16__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Jorge Grandon _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

| SEARCH WARRANTS | TRACKING WARRANTS |
|---|---|
| 15-4146-DHH | 15-4193-DHH |
| 15-4184-DHH | 15-4216-DHH |
| 15-4185-DHH | 15-4298-DHH |
| 15-4186-DHH | 15-4428-DHH |
| 15-4187-DHH | |
| 15-4428-DHH | |
| 16-4000-DHH | |
| 16-4001-DHH | |
| 16-4002-DHH | |
| 16-4004-DHH | |
| 16-4005-DHH | |
| 16-4006-DHH | |
| 16-4007-DHH | |
| 16-4008-DHH | |
| 16-4009-DHH | |
| 16-4010-DHH | |
| 16-4019-DHH | |
| 16-4061-DHH | |
| 16-4062-DHH | |
| 16-4063-DHH | |
| 16-4064-DHH | |
| 16-4065-DHH | |
| 16-4066-DHH | |
| 16-4067-DHH | |
| 16-4068-DHH | |
| 16-4069-DHH | |
| 16-4070-DHH | |
| 16-4071-DHH | |
| 16-4072-DHH | |
| 16-4073-DHH | |
| 16-4074-DHH | |
| 16-4075-DHH | |
| 16-4076-DHH | |
| 16-4077-DHH | |
| 16-4078-DHH | |
| 16-4079-DHH | |
| 16-4080-DHH | |
| 16-4081-DHH | |
| 16-4082-DHH | |
| 16-4083-DHH | |
| 16-4326-DHH | |

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  __II__          **Investigating Agency**   __FBI__

**City**   __Chelsea__                **Related Case Information:**

**County**   __Suffolk__              Superseding Ind./ Inf. _____  Case No. _____
                                      Same Defendant _____  New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number   __See attached sheet__
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Christopher Halfond__          Juvenile:       ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address      __(City & State)__ Carlsbad, CA _____

Birth date (Yr only): __1981__  SSN (last4#): __2757__  Sex __M__   Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:**   _____   Address  _____

**Bar Number**   _____                       _____

**U.S. Attorney Information:**

**AUSA**   __Karen Beausey__                 Bar Number if applicable   __CA 155258__

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

     ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of  _____  in  _____ .
☐ Already in State Custody at  _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  __11/9/16__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Christopher Halfond _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II               **Investigating Agency** FBI

**City**    Boston                 **Related Case Information:**

**County**  Suffolk                Superseding Ind./ Inf. _____ Case No. _____
                                   Same Defendant _____ New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number    See attached sheet
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Matthew Metz                 Juvenile:         ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address           (City & State)  Allston, MA

Birth date (Yr only): 1975   SSN (last4#): 5989   Sex M       Race: Caucasian      Nationality: USA

**Defense Counsel if known:**    John Calcagni          Address  1 Custom House Street

**Bar Number**    _____                            Suite 300
                                                        Providence, RI 02903

**U.S. Attorney Information:**

**AUSA**   Karen Beausey                      Bar Number if applicable   CA 155258

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

        ☐ Warrant Requested         ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**    _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  5

                    Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:    11/9/16              Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**        Matthew Metz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possedd with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 3 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 4 |
| Set 4 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 5 |
| Set 5 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 6 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 7 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  __II__          **Investigating Agency**  __FBI__

**City**  __Chelsea__                    **Related Case Information:**

**County**  __Suffolk__              Superseding Ind./ Inf. _____  Case No. _____
                                     Same Defendant _____  New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number  __See attached sheet__
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Russell Ormiston__                Juvenile:        ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address        __(City & State)__ Chelsea, MA

Birth date (Yr only): __1966__  SSN (last4#): __9354__   Sex __M__   Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA**  __Karen Beausey__              Bar Number if applicable  __CA 155258__

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

        ☐ Warrant Requested        ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  __11/9/16__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Russell Ormiston _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## <u>JS-45 ATTACHMENTS</u>

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.** II ___        **Investigating Agency** FBI ___

**City** Boston ___            **Related Case Information:**

**County** Suffolk ___         Superseding Ind./ Inf. ___  Case No. ___
                               Same Defendant ___  New Defendant ___
                               Magistrate Judge Case Number ___
                               Search Warrant Case Number  See attached sheet ___
                               R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name  Daniel Ponce ___            Juvenile:    ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name ___

Address  (City & State) Boston, MA ___

Birth date (Yr only): 1978  SSN (last4#): 2415  Sex M ___  Race: Caucasian ___  Nationality: USA ___

**Defense Counsel if known:** ___        Address ___

**Bar Number** ___

**U.S. Attorney Information:**

**AUSA**  Karen Beausey ___           Bar Number if applicable  CA 155258 ___

**Interpreter:**  ☐ Yes  ☑ No        List language and/or dialect: ___

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

            ☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** ___

☐ Already in Federal Custody as of ___ in ___ .
☐ Already in State Custody at ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ___ on ___

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 1 ___

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date:  11/9/16        Signature of AUSA: ___

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Daniel Ponce _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with the Intent to Distribute | 9 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**                    **TRACKING WARRANTS**

15-4146-DHH                            15-4193-DHH
15-4184-DHH                            15-4216-DHH
15-4185-DHH                            15-4298-DHH
15-4186-DHH                            15-4428-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__

**City** __Boston__       **Related Case Information:**

**County** __Suffolk__    Superseding Ind./ Inf. _____ Case No. _____
              Same Defendant _____ New Defendant _____
              Magistrate Judge Case Number _____
              Search Warrant Case Number __See attached sheet__
              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Bruce Reisman__     Juvenile:   ☐ Yes   ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   (City & State) __Boston, MA__

Birth date (Yr only): __1959__ SSN (last4#): __2415__ Sex __M__    Race: __Caucasian__    Nationality: __USA__

**Defense Counsel if known:** __Michael Doolin__     Address __512 Gallivan Blvd. #8__

**Bar Number** _____         __Dorchester, MA 02124__

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__     Bar Number if applicable __CA 155258__

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

     ☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/9/16__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Bruce Reisman

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with the Intent to Distribute | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:**         Category No. __II__         **Investigating Agency** __FBI__

**City** __Chelsea__                   **Related Case Information:**

**County** __Suffolk__                 Superseding Ind./ Inf. _____ Case No. _____
                                       Same Defendant _____ New Defendant _____
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number __See attached sheet__
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Steven Beadles__                    Juvenile:        ☐ Yes  ☑ No

         Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address        __(City & State)__ Chelsea, MA _____

Birth date (Yr only): __1958__ SSN (last4#): __6527__ Sex __M__   Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:** _____            Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__              Bar Number if applicable __CA 155258__

**Interpreter:**   ☐ Yes  ☑ No       List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

         ☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/9/16__            Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**       Steven Beadles

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 3 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH