

# MEMORANDUM

| | |
|---|---|
| To: | Honorable, David H. Hennessy, United States Magistrate Judge |
| cc: | Karen Beausey, AUSA |
| | Michael Doolin, Counsel for Defendant |
| From: | Shonte Brittle, U.S. Probation Officer |
| Re: | **Notice of Violation of Pretrial Release Conditions** |
| | U.S. v. Bruce Reisman  (16-CR-10320-GAO) |
| Date: | December 9, 2016 |

On December 1, 2016, the above referenced defendant appeared before the Court for an initial appearance and arraignment after being arrested for violation of 21 U.S.C. § 841. Specifically, Possession of Methamphetamine with Intent to Distribute. Mr. Resiman pled not guilty and was released on $100,000.00 unsecured bond with the following conditions:

1. The defendant shall not commit any offense in violation of federal, state, or local law while under supervision.
2. The defendant must cooperate with the collection of a DNA sample.
3. The defendant shall immediately notify the court of any change in address.
4. The defendant shall report to the pretrial services office within 24 hours.
5. Report to pretrial services as directed.
6. Surrender passport
7. Obtain no new passport
8. Travel is restricted to the district of MA unless approved by PO.
9. Maintain residence at 1335 Boylston St in Boston, MA
10. Refrain from excessive alcohol consumption
11. Refrain from possessing a firearm
12. Avoid all contact with victims and co-defendants unless in the presence of counsel
13. Refrain from use or possession of illegal narcotics.

14. Submit to drug testing.
15. Participate in substance abuse treatment determined by PO.
16. Submit to a substance abuse evaluation.

On Monday, December 5, 2016, Mr. Reisman disclosed to his Probation Officer that he used crystal meth on Saturday, December 3, 2016. On December 8, 2016, during a home visit, Mr. Riesman admitted to his Probation Officer that he used crystal meth on Monday, December 5, 2016. Mr. Reisman has been enrolled in a two week partial hospitalization dual diagnosis program through the Arbour-HRI Hospital called the MAP Program. He began the program on Friday, December 9, 2016.

As such, we respectfully request that the Court not take any action due to the fact that the defendant is actively participating in treatment. The Probation Office will notify the court of any further non-compliance.

Respectfully submitted,

/s/Shonte Brittle
U.S. Probation Officer

Reviewed by:

/s/Joseph LaFratta
Supervising U.S. Probation Officer

PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

District Of Massachusetts

U.S.A. vs. Bruce Reisman

Docket No.

[0101 1:16CR10320]-[010]

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shonte Brittle, pretrial services/probation officer, presenting an official report upon the conduct of defendant Bruce Reisman,

who was placed under pretrial release supervision by the Honorable David H. Hennessy, sitting in the court at District Of Massachusetts on the 1st date of December, 2016 under the following conditions:

| |
|---|
| 1. The defendant shall not commit any offense in violation of federal, state, or local law while under supervision.
2. The defendant must cooperate with the collection of a DNA sample.
3. The defendant shall immediately notify the court of any change in address.
4. The defendant shall report to the pretrial services office within 24 hours.
5. Report to pretrial services as directed.
6. Surrender passport
7. Obtain no new passport
8. Travel is restricted to the district of MA unless approved by PO.
9. Maintain residence at 1335 Boylston St in Boston, MA
10. Refrain from excessive alcohol consumption
11. Refrain from possessing a firearm
12. Avoid all contact with victims and codefendants unless in the presence of counsel
13. Refrain from use or possession of illegal narcotics.
14. Submit to drug testing.
15. Participate in substance abuse treatment determined by PO.
16. Submit to a substance abuse evaluation. |

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

| |
|---|
| See attached |

PRAYING THAT THE COURT WILL ORDER

Not to take any action

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| ORDER OF COURT | Executed on  12/09/2016 |
| Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case. | _____<br>U.S. Pretrial Services/Probation Officer |
| Honorable David H. Hennessy<br>U.S. District Judge/Magistrate Judge | Place  John Joseph Moakley United States Courthouse<br>One Courthouse Way , 1-300<br>Boston, MA 02210-3002 |