**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:
- ☐ Issue a Warrant
- ☒ Issue a Summons for the defendant to appear for a show cause hearing
- ☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 12/12/2016              Place: Boston, Massachusetts

/S/ Justin Prophet                           Date: 12/12/2016

Justin Prophet
U.S. Probation Officer

ORDER OF COURT

- ☐ Warrant to Issue
- ☐ Summons to issue. Clerk to schedule show cause hearing.
- ☐ Other:

Considered and ordered this_____day of_____,20_____,and ordered filed and made part of the record in the above case.

The Honorable David H. Hennessy
U.S. Magistrate Judge