

# Memorandum

To: The Honorable George A. O'Toole, U.S. District Judge

From: Janisa Bynum, Probation Officer Assistant

Date: July 13, 2023

Re: Castro, Mario
Docket # 0101 1:16-cr-10320-GAO-8
**Request for International Travel**

---

On May 2, 2019, Mr. Castro appeared before Your Honor for sentencing after having previously pled guilty to Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841 (b)(1)(A) and Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841 (b)(1)(a). On that same date, he was sentenced to 57 months of imprisonment and 3 years of supervised release.

The purpose of this memorandum is to advise the Court that Mr. Castro has requested permission to travel to Guatemala for approximately ten days from on or about August 26, 2023 until on or about September 4, 2023. The purpose of Mr. Castro's travel is to visit family. Subsequent to receiving the defendant's request, this Officer Assistant contacted the Consulate of Guatemala on his behalf to seek permission for his visit in accordance with our District's travel policy. Our Office has yet to hear back from the Consulate General of Guatemala. The United States Attorney's Office has also been notified of his request for international travel.

Mr. Castro has remained in compliance during his term of supervision. All drug tests to date have been negative for illegal substances, he has remained employed, and he has paid his special assessment. Kindly indicate below if Your Honor approves of Mr. Castro requested travel.

1

The Court Orders:

_____ Travel to Guatemala from on or about August 26, 2023 to on or about September 4, 2023, is approved.

_____ Travel to Guatemala from on or about August 26, 2023 until on or about September 4, 2023 is denied.

_____
The Honorable George A. O'Toole
 U.S. District Judge

Date: _____

- Page 2