Mario E. Castro

161 S. Huntington Ave Apt 244

Jamaica Plain, MA 02130

857-230-1356

Mcastro176.mc@gmail.com

Date:5/16/2025

Honorable George A. O'Toole, Jr.

United States District Court

John Joseph Moakley U.S. Courthouse

1 Courthouse Way

Boston, MA 02210

Re: Request for Permission to Travel – Docket No. 1:16-cr-10320-8

Dear Judge O'Toole,

I respectfully write to request permission to travel internationally for a brief family vacation. I am planning to travel to Colombia from July 22 to July 26, 2025, accompanied by my sister and sister-in-law. This trip is strictly for personal and family purposes, and we plan to return to the United States immediately at the conclusion of the vacation.

During our stay, we will be renting an Airbnb for accomodations. I will provide the full address and contact information for the Airbnb, as well as a complete travel intinerary, to my supervising officer prior to departure.

I remain fully compliant with all conditions set forth by the Court in Docket No. 1:16-cr-10320-8 and understand the importance of maintaining that compliance. Should the Court grant this request, I will provide my complete travel itinerary and contact information to my supervising officer and comply with any additional conditions required.

Thank you for your time and consideration.

Respectfully,

Mario E. Castro